# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION
# CASE NO. 5:20-CV-199-TBR

LAKEISHA WOODS                                                                           PLAINTIFF

V.

JEFFERSON CAPITAL SYSTEMS, LLC, *et al.*                        DEFENDANTS

## *ORDER OF DISMISSAL*

      The Court has been informed that a settlement has been reached.

      **IT IS ORDERED** that said action is **DISMISSED** from the docket.   If settlement is not concluded within 60 days any party may move to have the case reinstated on the docket.

      All deadlines and motions are vacated/cancelled.

cc: Counsel

**Thomas B. Russell, Senior Judge**
**United States District Court**

February 24, 2021